AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Agent: Julio Coronado Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jose Cristobal SARMIENTO-SALAZAR

Case No. 26-mj-30698

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 3, 2026 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

Complainant's signature

Julio J. Coronado, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Judge's signature

Date: November 4, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

I, Julio J. Coronado, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since June 11, 2007. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Jose Cristobal SARMIENTO-SALAZAR which attests to the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Jose Cristobal SARMIENTO-SALAZAR is a fifty-one-year-old native and citizen of Honduras, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about June 14, 2000, SARMIENTO-SALAZAR was arrested by Immigration and Naturalization Officers at or near Phoenix, AZ, and was served a Notice to Appear.

5. On or about August 9, 2000, SARMIENTO-SALAZAR was ordered removed by an Immigration Judge in Lancaster, CA, and was physically removed to Honduras through Phoenix, AZ, on September 27, 2000.

6. On November 3, 2026, SARMIENTO-SALAZAR was arrested by the U.S. Border Patrol in Shelby Township, MI, during a vehicle stop. The vehicle stop was conducted by the Shelby Police Department, who stopped the vehicle for driving without a license, obstructed vision and tailgating. During the vehicle stop SARMIENTO-SALAZAR readily admitted to entering the United States illegally and not having permission to be in the United States legally.

7. SARMIENTO-SALAZAR was transported to the Marysville Border Patrol Station for further investigation and processing. After confirming that he had previously been ordered removed by an Immigration Judge in Phoenix, AZ, his prior order of removal was reinstated.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the alien file (A# xxx xxx 888) for SARMIENTO-SALAZAR, and queries in U.S. Border Patrol computer databases confirm no record exists of SARMIENTO-SALAZAR obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last removal on September 27, 2000.

10. Based on the above information, I believe there is probable cause to conclude that Jose Cristobal SARMIENTO-SALAZAR, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

Julio J. Coronado, U.S. Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge